**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1876**

REGINALD BOYER,

Plaintiff - Appellant,

v.

ROBERT FREEMAN, Director, Adjudication Center Office of
Transportation Treat Assessment and Credentialing; RUSSELL
ROBERTS, Deputy Director, Aviation & Analysis Office of
Transportation Threat Assessment and Credentialing;
STEPHANIE STOLTZUS, Transportation Security Administration,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony John Trenga,
District Judge. (1:11-cv-00021-AJT-JFA)

Submitted:  December 20, 2011        Decided:  December 22, 2011

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Boyer, Appellant Pro Se.   Julie Ann Edelstein, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Boyer appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Boyer v. Freeman, No. 1:11-cv-00021-AJT-JFA (E.D. Va. July 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2